DANIEL J. BRODERICK Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ELI VENEGAS-VARELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-044 GEB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| ELI VENEGAS-VARELA | Date: March 30, 2012 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant ELI VENEGAS-VARELA, that the above matter be dropped from this court's calendar for March 30, 2012, at the request of the defense and be continued until April 13, 2012, for status conference. This continuance is requested in order to permit further consideration and client consultation regarding a pre-plea presentence report from the Probation Office and a just-received proposed plea agreement from the government.

**IT IS FURTHER STIPULATED** that the time from March 30, 2012, through April 13, 2012, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy

1 | Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. §
2 | 3161(h)(7)(A) & (B)(iv) and  Local Code T-4
3 | **IT IS SO STIPULATED**.

Date: March 29, 2012                     Benjamin B. Wagner
                                         United States Attorney

                                         /S/ Michele Beckwith
                                         By:  MICHELE BECKWITH
                                         Assistant United States Attorney
                                         Counsel for Plaintiff

Date: March 29, 2012                     /S/ Jeffrey L. Staniels
                                         JEFFREY L. STANIELS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         ELI VENEGAS-VARELA


**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for March 30, 2012, and is ordered to be re-calendared for April 13, 2012, at 9:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from March 30, 2012, through April 13, 2012, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED**.

Dated:  March 29, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order Continuing Case
and Excluding Time                    2