```
 1  DANIEL J. BRODERICK Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ELI VENEGAS-VARELA
 6

 7              IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9
    UNITED STATES OF AMERICA,  ) No. 2:12-cr-044 GEB
10                             )
                 Plaintiff,    )
11                             ) STIPULATION AND ORDER CONTINUING CASE
         v.                    ) AND EXCLUDING TIME
12                             )
    ELI VENEGAS-VARELA         ) Date:  April 13, 2012
13                             ) Time:  9:00 a.m.
                 Defendant.    ) Judge: Hon. Garland E. Burrell, Jr
14                             )
    _____)
15
```

16      **IT IS HEREBY STIPULATED** by and between Assistant United
17 States Attorney Michele Beckwith, counsel for plaintiff, and
18 Assistant Federal Defender Jeffrey L. Staniels, counsel for
19 defendant ELI VENEGAS-VARELA, that the above matter be dropped
20 from this court's calendar for April 13, 2012, at the request of
21 the defense and be continued until April 27, 2012, for status
22 conference. This continuance is requested in order to permit
23 further consideration and client consultation regarding a pre-
24 plea presentence report from the Probation Office and a proposed
25 plea agreement from the government.

26      **IT IS FURTHER STIPULATED** that the time from April 13, 2012,
27 through April 27, 2012, be excluded from computation of time within
28 which the trial of this matter must be commenced under the Speedy

Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED**.

Date: April 11, 2012                    Benjamin B. Wagner
                                        United States Attorney

                                        /S/ Michele Beckwith
                                        By:  MICHELE BECKWITH
                                        Assistant United States Attorney
                                        Counsel for Plaintiff

Date: April 11, 2012                    /S/ Jeffrey L. Staniels
                                        JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ELI VENEGAS-VARELA

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for April 13, 2012, and is ordered to be re-calendared for April 27, 2012, at 9:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from April 13, 2012, through April 27, 2012, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED**.

Dated:  April 11, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order Continuing Case
and Excluding Time                2